# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No.: 2:26-MC-50304

v                                     Hon. Susan K. Declercq

JENNIFER LANAY WASHINGTON,

        Defendant.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**   **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of

record for the above-captioned case:

| **Add the following AUSA(s):** | **Terminate the following AUSA(s):** |
|---|---|
| Name: PETER F. SCHNEIDER<br>Bar ID: (P75256)<br>Telephone: (313) 226-9762<br>Email: peter.schneider@usdoj.gov | Name: NONE |

                                          JEROME F. GORGON JR.
                                          Edit United States Attorney

                              By: /s/ PETER F. SCHNEIDER
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI 48226
                                          Bar ID: (P75256)
                                          Telephone: (313) 226-9762

Dated: March 30, 2026                   Email: peter.schneider@usdoj.gov

1