# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

Case No.: 2:26-MC-50304
Hon. Susan K. Declercq

JENNIFER LANAY WASHINGTON,

       Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

       Garnishee.

_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes an application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the Judgment entered against the Defendant, Jennifer Lanay Washington as follows:

1. On January 29, 2026, a Judgment was entered against Jennifer Lanay Washington in Criminal Case No.: 2:24CR20456 01 in the amount of $636,731.85. The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $636,731.85 (without the post-judgment

accrual of interest) as of March 30, 2026. The Defendant has been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h), if applicable.

2. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of the Defendant's property and rights to property. The reference to rights to property of a defendant includes assets "owned or controlled by the defendant," (emphasis added). *See* 18 U.S.C. at § 3664(d)(3).

3. The Defendant-Judgment Debtor's full name is Jennifer Lanay Washington, Social Security Number is ***-**-7579, whose last known address is REDACTED, Waseca, MN, 56093. Pursuant to Fed. R. Crim. P. 49.1, the Defendant's Social Security Number has been redacted to the last four digits. Upon request of the court, the defendant's full Social Security Number can be provided *in camera*.

4. More than 30 days has elapsed since demand for payment of the debt was made, and the Defendant has failed to satisfy the debt.

5. To enforce the judgment entered against the Defendant, the United States requests that a Writ of Continuing Garnishment be issued for service upon the Garnishee. The name and address of the garnishee and its authorized agent is:

Michigan Department of Treasury
Third Party Withholding Unit
P.O. Box 30785
Lansing, MI 48909

6. The Garnishee, its affiliates, successors, or assigns, is believed to be in possession, custody, or control of substantial nonexempt property belonging to or due the Defendant, and said property is a nonexempt interest of the Defendant.

7. After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the Defendant and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the Defendant by regular mail to her last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

By:   /s/ PETER F. SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov
Bar No.: P75256

Dated: March 30, 2026

TK